THE STATE, MICHAEL MALONE, PROSECUTOR, v. THE MAYOR AND COMMON COUNCIL OF JERSEY CITY.

HAINES, J. This cause being in all things like that of *The State* against *The Water Commissioners of Jersey City*, determined at this term, for the like reasons, must receive the like judgment, and the writ be dismissed with costs.